# Order

Michigan Supreme Court
Lansing, Michigan

May 14, 2021

Bridget M. McCormack,
Chief Justice

161838

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

STEPHEN MICHAEL BIESZKA,
      Defendant-Appellant.

SC:  161838
COA:  349349
Allegan CC:  16-019842-FC

_____/

On May 5, 2021, the Court heard oral argument on the application for leave to appeal the June 18, 2020 judgment of the Court of Appeals.  On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 14, 2021



Clerk

t0505